■ Jane Doe et al., Appellants, v Roman Catholic Diocese of Rochester et al., Respondents. [859 NYS2d 890]—Motions for

leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.